UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on September 15, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : GRAND JURY ORIGINAL |
| ENIS JEVRIC, | : VIOLATIONS: |
| Defendant. | : COUNT 1: 18 U.S.C. § 242 |
| | : (Deprivation of Rights Under Color of Law) |
| | : COUNT 2: 18 U.S.C. §§ 924(c) and (j) |
| | : (Use of a Firearm to Commit Murder) |
| | : COUNT 3: D.C. Code § 22-2103 |
| | : (Murder in the Second Degree) |

## INDICTMENT

The Grand Jury charges that, at all times material to this Indictment, on or about the dates and at the approximate times stated below:

## BACKGROUND

1. An'Twan Gilmore was a 27-year-old male in the District of Columbia.

2. The Metropolitan Police Department ("MPD") was the primary law enforcement agency for the District of Columbia.

3. Defendant ENIS JEVRIC was employed as an MPD Sergeant.

## COUNT ONE
(Deprivation of Rights Under Color of Law)

4. Paragraphs 1 through 3 are incorporated herein.

5. On August 25, 2021, in the District of Columbia, the defendant,

ENIS JEVRIC,

while acting under color of law, willfully deprived An'Twan Gilmore of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the unreasonable use of force by a law enforcement officer. Specifically, Defendant JEVRIC used a dangerous weapon, his MPD-issued firearm, to shoot at Gilmore. The offense resulted in Gilmore's death.

(In violation of Title 18, United States Code, Section 242)

## COUNT TWO
### (Use of a Firearm to Commit Murder)

6. Paragraphs 1 through 3 are incorporated herein.

7. On August 25, 2021, in the District of Columbia, the defendant,

**ENIS JEVRIC,**

used, carried, and discharged a firearm, that is, a Glock 17 semi-automatic handgun bearing serial number MP4169DC, during and in relation to, and possessed the firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment, which is incorporated herein. In the commission of this offense, Defendant JEVRIC caused the death of An'Twan Gilmore through the use and discharge of this firearm. Gilmore's death involved circumstances constituting murder in the second degree as defined in Title 18, United States Code, Section 1111(a).

(In violation of Title 18, United States Code, Sections 924(c) and (j))

## COUNT THREE
### (Murder in the Second Degree)

8. Paragraphs 1 through 3 are incorporated herein.

9. On August 25, 2021, in the District of Columbia, the defendant,

**ENIS JEVRIC,**

2

acting with conscious disregard of an extreme risk of death and serious bodily injury to An'Twan Gilmore, caused Gilmore's death—that is, Defendant JEVRIC used his MPD-issued firearm to shoot at Gilmore, causing Gilmore to sustain injuries and die.

(In violation of Title 22, D.C. Code, Section 22-2103)

A TRUE BILL

FOREPERSON

*Matthew M. Groves/jpl*
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA