AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>ENIS JEVRIC<br>*Defendant* | ) ) ) ) ) ) | Case No. |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **ENIS JEVRIC**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 242 (Deprivation of Rights Under Color of Law); 18 U.S.C. § 924(c) and (j) (Use of a Firearm to Commit Murder); and D.C. Code § 22-2103 (Murder in the Second Degree)

Date: 03/02/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.02 20:24:03 -05'00'

*Issuing officer's signature*

City and state:  Washington, DC

Judge G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 03/03/2023, and the person was arrested on *(date)* 03/07/2023 at *(city and state)* Washington, DC.

Date: 03/07/2023

*Arresting officer's signature*

Deborah E Frye Special Agent
*Printed name and title*